Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18–16832–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
 Norman A. Bells
 609 Greenwood Ave
 Trenton, NJ 08609

Social Security No.:
 xxx–xx–8300

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 6/11/20.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: June 12, 2020
JAN: kmm

Jeanne Naughton
Clerk

```
                              United States Bankruptcy Court
                                    District of New Jersey
In re:                                                               Case No. 18-16832-MBK
Norman A. Bells                                                      Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-3          User: admin              Page 1 of 2             Date Rcvd: Jun 12, 2020
                              Form ID: 148             Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 14, 2020.
db             +Norman A. Bells,    609 Greenwood Ave,    Trenton, NJ 08609-2166
cr             +Nationstar Mortgage LLC,    Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue, Ste 100,
                 Boca Raton, FL 33487-2853
517587863      +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
517439767      +Ditech,    PO Box 6172,    Rapid City, SD 57709-6172
517594557       Ditech Financial LLC,    P.O. Box 6154,    Rapid City, SD 57709-6154
517439768      +Jennifer Stead, Esq.,    RAS Citron, LLC,    130 Clinton Road, Suite 202,
                 Fairfield, NJ 07004-2927
518378389      +LoanCare, LLC,    P.O. Box 8068,    Virginia Beach VA 23450-8068
518378390      +LoanCare, LLC,    P.O. Box 8068,    Virginia Beach VA 23450,    LoanCare, LLC,    P.O. Box 8068,
                 Virginia Beach VA 23450-8068
518694847      +LoanCare, LLC,    RAS Citron LLC,    130 Clinton Road, Suite 202,    Fairfield NJ 07004-2927
517439769      +Mr. Cooper fka Nationstar Mortgage LLC,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
517556646      +NATIONSTAR MORTGAGE, LLC D/B/A MR.COOPER,    ATTN: BANKRUPTCY DEPT,    PO BOX 619096,
                 DALLAS, TX 75261-9096

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 13 2020 00:58:24      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 13 2020 00:58:21       United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517439765      +EDI: BANKAMER2.COM Jun 13 2020 04:13:00      Bank of America,    Brian Moynihan, CEO,
                 100 N. Tyron St.,    Charlotte, NC 28255-0001
517439766      +EDI: BANKAMER2.COM Jun 13 2020 04:13:00      Bank of America, N.A.,
                 ATTN: Brian T. Moynihan, CEO,    100 North Tryon St,    Charlotte, NC 28202-4000
517562352       E-mail/Text: bkdepartment@rtresolutions.com Jun 13 2020 00:58:35
                 Real Time Resolutions, Inc.,    1349 Empire Central Drive, Suite #150,
                 Dallas, Texas 75247-4029
518536099      +E-mail/Text: jennifer.chacon@spservicing.com Jun 13 2020 00:59:20
                 Select Portfolio Servicing, Inc.,    3217 S. Decker Lake Dr.,    Salt Lake City, UT 84115,
                 Select Portfolio Servicing, Inc.,    3217 S. Decker Lake Dr.,    Salt Lake City, UT 84119-3284
518536098      +E-mail/Text: jennifer.chacon@spservicing.com Jun 13 2020 00:59:20
                 Select Portfolio Servicing, Inc.,    3217 S. Decker Lake Dr.,    Salt Lake City, UT 84119-3284
                                                                                                TOTAL: 7

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +LoanCare, LLC,    RAS Citron, LLC,    130 Clinton Road, Suite 202,    Fairfield, NJ 07004-2927
                                                                                              TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2020                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 12, 2020 at the address(es) listed below:
          Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Albert   Russo    docs@russotrustee.com
          Aleisha Candace Jennings    on behalf of Creditor    LoanCare, LLC ajennings@rasflaw.com
          Andrew M. Lubin    on behalf of Creditor    Select Portfolio Servicing, Inc. bkecf@milsteadlaw.com,
           alubin@milsteadlaw.com
          Brian C. Nicholas    on behalf of Creditor    LoanCare LLC bnicholas@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Creditor    New Residential Mortgage LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
```

```
District/off: 0312-3          User: admin              Page 2 of 2                  Date Rcvd: Jun 12, 2020
                              Form ID: 148             Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Gregory James Corcoran    on behalf of Debtor Norman A. Bells gcorcoran@mgs-law.com, gcorcoran@ecf.inforuptcy.com;kgardiner@mgs-law.com
          Kevin Gordon McDonald    on behalf of Creditor    Ditech Financial LLC kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
          Laura M. Egerman    on behalf of Creditor    Nationstar Mortgage LLC bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com
          Sindi  Mncina    on behalf of Creditor    LoanCare LLC smncina@rascrane.com
          Sindi  Mncina    on behalf of Creditor    Nationstar Mortgage LLC smncina@rascrane.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                               TOTAL: 12